# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE DISTRICT OF CALIFORNIA
# PORTLAND DIVISION

ROLAND FOGG,

    Plaintiff,

vs.

USAA SAVINGS BANK,

    Defendants.

Case No.: 2:16-cv-00088-GZS

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Roland Fogg, by and through his attorneys or record admitted Pro Hac Vice, Rory Leisinger, and Defendant, USAA SAVINGS BANK, by and through their attorney of record David Krueger, hereby notify this Honorable court that the Parties have settled their respective cases, Plaintiff's initial Complaint and Defendant's Counterclaim. The parties are in the process of finalizing the terms of the settlement, and Plaintiff anticipates the settlement be finalized in 30 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

///

///

///

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Dated: September 22, 2016 | By:  */s/  Rory C. Leisinger* <br> Rory C. Leisinger <br> Attorney for Plaintiff <br> 118 N. Citrus Ave, Suite B <br> Covina, CA 91723 <br> Tel: (626) 290-2868 <br> Email: Rory@leisingerlaw.com |
| Dated: September 22, 2016 | By:  */s/ David Krueger* <br> David Krueger <br> 200 Public Square <br> Suite 2300 <br> Cleveland, OH 44114 <br> Tel: (216) 363-4500 <br> Email: dkrueger@beneschlaw.com <br> Attorney for Defendant |